**Dismissed and Opinion Filed September 1, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-19-01586-CV
_____

## IN RE ESTATE OF JAMES EARL BRADFIELD

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-04136-2**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Justice Molberg

Appellant's brief in this case is overdue. After appellant failed to respond to our request regarding the reporter's record, we ordered the appeal submitted without the reporter's record and appellant's brief to be filed by May 23, 2020. By postcard dated May 27, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),

(c).


                /Ken Molberg//
                KEN MOLBERG
1901586f.p05                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN RE ESTATE OF JAMES EARL
BRADFIELD

No. 05-19-01586-CV

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No. PR-19-04136-
2.
Opinion delivered by Justice
Molberg. Chief Justice Burns and
Justice Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 1st day of September, 2020.